JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE STOWELL<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, HYUNDAI CAPITAL AMERICA, GARDEN GROVE HYUNDAI, INC. and DOES 1-10,<br><br>Defendants | Case No.: 8:17-cv-01957-CJC-JDE<br><br>[Proposed] **ORDER ON JOINT STIPULATION TO DISMISS AS TO ALL DEFENDANTS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(B)**<br><br>Hon. Cormac J. Carney |

Having considered of the Joint Stipulation for Dismissal submitted by Plaintiff LORIE STOWELL ("Plaintiff") and Defendant HYUNDAI MOTOR AMERICA, ("HMA"), Defendant HYUNDAI CAPITAL AMERICA ("HCA"), and Defendant GARDEN GROVE HYUNDAI, INC., (collectively as "the Parties"), filed as ECF No. 38, the Court orders as follows:

The entire action and all of Plaintiff's claims against all Defendants are dismissed with prejudice, with each party to bear their own fees and costs.

Dated: December 12, 2018

_____
Hon. Cormac J. Carney
United States District Judge